| | |
|---|---|
| 1 | Harold R. Jones (State Bar No. 209266) |
| 2 | Swaja Khanna (State Bar No. 334833) |
|   | JACKSON LEWIS P.C. |
| 3 | 50 California Street, 9th Floor |
|   | San Francisco, California 94111-4615 |
| 4 | Telephone: (415) 394-9400 |
|   | Facsimile: (415) 394-9401 |
| 5 | E-mail: Harold.Jones@jacksonlewis.com |
|   | E-mail: Swaja.Khanna@jacksonlewis.com |
| 6 | Attorneys for Defendants |
| 7 | CUSHMAN & WAKEFIELD U.S., INC. and KEVIN O'HAIR |

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA VALDOVINOS, on behalf of herself and all others similarly situated, | Case No. 3:21-cv-01924-JCS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| CUSHMAN & WAKEFIELD U.S., INC. et al., KEVIN O'HAIR, and. Does 1 through 50, inclusive, | Complaint Filed:  01/07/2021<br>Removal Filed:  03/18/2021<br>Trial Date:  08/22/2022 |
| Defendants. | |

Plaintiff CECILIA VALDOVINOS and Defendants CUSHMAN & WAKEFIELD U.S., INC. and KEVIN O'HAIR (collectively the "Parties") hereby stipulate and agree as follows:

WHEREAS, the Parties reached a settlement of this matter on June 30, 2022;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants through their designated counsel that the above-captioned action should be dismissed with prejudice in its entirety.

The parties further stipulate that, except as set forth in the June 30, 2022, Settlement Agreement and General Release and Mutual Release of All Claims between the Parties, the parties shall bear their own attorney's fees, expenses and costs.

1

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 28, 2022

WORKMAN LAW FIRM, PC

By: _____
Robin G. Workman
Attorneys for Plaintiff
CECILIA VALDOVINOS

*Counsel for Plaintiff, Robin G. Workman, authorized submission of her e-signature on this document.

Dated: July 28, 2022

JACKSON LEWIS P.C.

By: _____
Harold R. Jones
Swaja Khanna
Attorneys for Defendants
CUSHMAN & WAKEFIELD U.S., INC.
and KEVIN O'HAIR

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The action is dismissed with prejudice.
2. Each party shall bear their own costs and attorneys' fees.
3. The Court shall retain jurisdiction over this matter to enforce the terms of the June 30, 2022, Settlement Agreement and General Release and Mutual Release of All Claims.

**IT IS SO ORDERED. PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 28, 2022

_____
Honorable Joseph C. Spero
United States Magistrate Judge

4894-1048-1452, v. 1